CLARK P. TILLINGHAST, *Respondent, v.* MARY E. PRATT and others, *Appellants.* — Judgment affirmed, with costs. Opinion by PRATT, J.

SARAH A. VINGUT, *Appellant, v.* THE SETAUKET PRESBYTERIAN CHURCH and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

ROBERT JONES, *Respondent, v.* ABRAM J. DITTENHOEFER, *Appellant.* — Judgment and order denying new trial reversed and new trial ordered, costs to abide event. Opinion by PRATT, J.; BARNARD, P. J., dissenting.

DANIEL D. REMSEN, *Appellant, v.* THEODORE L. ARTHUR, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

JOHN BUTLER, *Respondent, v.* MARY S. BUTLER, *Executrix, Appellant.* — Judgment affirmed, with costs. Opinion by PRATT, J.

ELIZA A. WILSON, *Appellant, v.* ELIZA A. MUNOZ, *Individually and as Administratrix, etc., Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

OWEN GILMORE, *Administrator, etc., Appellant, v.* THE LONG ISLAND RAILROAD COMPANY, *Respondent.* — Order granting new trial modified by inserting a condition in the order granting new trial that the defendant shall pay all the costs included in the judgment. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ADELAIDE S. SMITH, *Respondent, v.* PATRICK DEMPSEY, *Appellant.* — Judgment and order denying new trial, except upon conditions, affirmed, with costs, and judgment affirmed unconditionally. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

TRISTRAM COFFIN, *Appellant, v.* GEORGIANA T. LATTIN and others, *Respondents.* — Decree of surrogate reversed and case ordered to be tried by a jury, under section 2561, Code. Order granting allowance also reversed, appellant's costs to be paid out of estate. Opinion by PRATT, J.

THE MUTUAL LIFE INSURANCE COMPANY, *Respondent, v.* WILLIAM G. ACKERMAN and others, *Appellants.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

STEPHEN J. WEAVER, *Respondent, v.* HENRY B. GELLERT and MAURICE LEVY, *Appellants.* — Judgment affirmed, with costs. Opinions by PRATT and DYKMAN, JJ.; BARNARD, P. J., not sitting.

WALTER L. THOMPSON, *Executor, etc., Respondent, v.* JOSEPH J. DIDDLE and others, *Appellants.* — Judgment reversed and decree ordered that no title vested in Sidney Jackson. No costs of appeal. Opinion by PRATT, J.; BARNARD, P. J., not sitting.